Case #08-80163CIV

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 02/19/2008 2:20 PM | |
| NAME OF SERVER (PRINT)   Chris J. Colson | TITLE Certified PS #142, 2JC FL | |

*Check one box below to indicate appropriate method of service*

XX  Served personally upon the defendant. Place where served: 1201 Hays St., Tallahassee, FL
By Serving: Corporation Service Company as Registered Agent c/o
Gwen Butler, Service Clerk.

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

_____

☐  Other (*specify*): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___02/20/2008___
              Date

_____
Signature of Server

_____
Address of Server

(1)        As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

**08-80163-CIV-RYSKAMP/VITUNAC**

International Seaway
Trading Corporation

Plaintiff

v

Walgreens Corporation and
Touchsport Footwear USA, Inc.
Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)
Walgreens Corporation
c/o Corporation Service Company, as Registered Agent
1201 Hays Street
Tallahassee, Florida 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Joel B. Rothman, Esquire
Seiden, Alder, Matthewman & Bloch, P.A.
2300 Glades Road, Suite 340W
Boca Raton, Florida 33431

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**February 15, 2008**

# SUMMONS

DATE

s/Robert Blanchard
Deputy Clerk
U.S. District Courts

Clarence Maddox
Clerk of Court